IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TERRENCE LAVAIL OLIPHANT | § | |
| VS. | § | CIVIL ACTION NO. 9:22cv66 |
| CHAD TAYLOR, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Terrence Lavail Oliphant, proceeding *pro se*, filed this civil rights lawsuit. This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for conclusions of law, and recommendations for the disposition of the case.

Pending before the court are two motions seeking a temporary restraining order or preliminary injunction (doc. nos. 5 and 8).

Plaintiff is located at the Michael Unit. While the Michael Unit is in the Eastern District of Texas, it is in the Tyler Division rather than the Lufkin Division. It would not be appropriate to grant plaintiff preliminary injunctive relief based on events occurring in another division of this court and against individuals who are not defendants in this lawsuit. Plaintiff's motions should therefore be denied.

Recommendation

Plaintiff's motions for a temporary restraining order and preliminary injunction should be denied.

<u>Objections</u>

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 17th day of January, 2023.

_____
Zack Hawthorn
United States Magistrate Judge