**UNITED STATES DISTRICT COURT**　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TERRENCE LAVAIL OLIPHANT, | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:22-CV-66 |
| | § | |
| CHAD TAYLOR, *et al.*, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Terrence Lavail Oliphant, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court. Judge Hawthorn has submitted a Report and Recommendation that recommends denying two motions for temporary restraining order or preliminary injunction.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#13) is **ADOPTED**. The motions for temporary restraining order or preliminary injunction (#s 5 and 8) are **DENIED**.

SIGNED at Beaumont, Texas, this 21st day of February, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE