| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TERRENCE LAVAIL OLIPHANT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-66
§
LAURIE MONTGOMERY, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Terrence Lavail Oliphant, proceeding *pro se*, filed this civil rights lawsuit against Laurie Montgomery. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for judgment on the pleadings filed by the defendant be granted. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#39) is **ADOPTED**. The motion for judgment on the pleadings (#35) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 5th day of September, 2025.

 

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE